IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILBERT LEZELL JOHNSON**                                                                      **PLAINTIFF**
**ADC #84494**

v.                              CASE NO. 1:15CV00081 BSM

**BAKER, Sergeant, Grimes Unit, et al.**                                         **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff Wilbert Johnson's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants Faust, Evans, and Griffin are dismissed without prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 7th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE