# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILBERT LEZELL JOHNSON**                                                                **PLAINTIFF**
**ADC #84494**

v.                              **CASE NO. 1:15CV00081 BSM**

**BAKER et al.**                                                                            **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff Wilbert Johnson's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD are hereby adopted in all respects and Johnson's motion for declaratory judgment and injunctive relief [Doc. No. 23] is denied. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT SO ORDERED this 16th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE