IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILBERT LEZELL JOHNSON**                                                                            **PLAINTIFF**

**v.**                                          **CASE NO. 1:15CV00081 BSM**

**BAKER, Sergeant, Grimes Unit; et al.**                                                **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, the RD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1. The clerk correct the docket to reflect defendant "Baker" is "Clinton Baker."

2. Defendants' motion for summary judgment [Doc. No. 33] is granted and defendants Clinton Baker, Terrie Bannister, Banks, Raymond Naylor, and Jada Lawrence are dismissed with prejudice.

3. It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 16th day of May 2016.

UNITED STATES DISTRICT JUDGE